**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Michael Daniel Bott v. The State of Texas

Appellate case number: 01-16-00606-CR

Trial court case number:     MD-0359851

Trial court:                County Court at Law No. 3 of Galveston County

On November 8, 2016, we abated this case and remanded it to the trial court. In the abatement order, we directed the trial court to determine whether appellant wished to pursue his appeal; if so, whether he is now indigent and entitled to have appellate counsel appointed and the reporter's record furnished without charge; and, if indigent, to appoint appellate counsel. The trial court has held a hearing on our abatement order, and the trial court clerk has filed a supplemental clerk's record that includes the trial court's findings and conclusions. The trial court found and concluded that appellant wishes to prosecute his appeal and is indigent, and Winston Cochran would be appointed as appellant's counsel on appeal. Accordingly, we **REINSTATE** this case on the Court's active docket.

The court reporter has filed a motion for an extension of time to file the reporter's record. The motion is **granted**. The reporter's record is due to be filed in this appeal no later than January 27, 2017.

It is so ORDERED.

Judge's signature:  /s/ Russell Lloyd
                        ☑ Acting individually     ☐ Acting for the Court

Date:  December 13, 2016